# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RACHEL JOHNSON, on behalf of herself and all others similarly situated,** ) ) ) | CASE NO. 5:19-cv-2622 |
| Plaintiff, ) ) | JUDGE SARA LIOI |
| vs. ) ) ) ) | |
| **CENTOR, INC.** ) ) | |
| Defendant. ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF FLSA AND RULE 23 CLASS ACTION SETTLEMENT

Representative Plaintiff Rachel Johnson and Defendant Centor, Inc. (collectively, the "Parties") respectfully request that this Honorable Court:

1. Give preliminary approval of the Parties' settlement of the claims brought pursuant to the Fair Labor Standards Act ("FLSA") as reflected in the Class Action Settlement Agreement and Release, attached hereto as **Exhibit 1**,

2. Give preliminary approval of the Parties' settlement of the class action claims brought pursuant to Fed. R. Civ. P. 23(e), and approve the distribution of the Notice of Proposed Settlement of Class Action and Fairness Hearing ("Settlement Notice"), attached hereto as **Exhibit 2**;

3. Schedule a Fairness Hearing to take place approximately 120 days after granting preliminary approval of the Parties' class action settlement;

4. Designate Jeffrey J. Moyle and Hans A. Nilges of Nilges Draher LLC as Class Counsel, and preliminarily approve their request for attorneys' fees and costs; and

5. Preliminarily Approve the service payment for Plaintiff Rachel Johnson;

In support of this Motion, the Parties submit the attached memorandum and the following documents:

**Exhibit 1**: Class Action Settlement Agreement and Release (the "Agreement");

**Exhibit 2**: Proposed Notice of Settlement of Class Action;

**Exhibit 3**: Declaration of Jeffrey J. Moyle; and

**Exhibit 4**: Proposed Order Granting Joint Motion for Preliminary Approval of FLSA and Rule 23 Class Action Settlement.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey J. Moyle* | */s/ Michele L. Jakubs (with permission)* |
| Jeffrey J. Moyle (0084854) | Michele L. Jakubs (0071037) |
| NILGES DRAHER LLC | ZASHIN & RICH, CO., L.P.A. |
| 1360 E. 9th Street, Suite 808 | 950 Main Ave., 4th Floor |
| Cleveland, OH 44114 | Cleveland, OH 44113 |
| (330) 470-4428 – Telephone | T: 216/696-4441 |
| (330) 754-1430 – Facsimile | F: 216/696-1618 |
| jmoyle@ohlaborlaw.com | mlj@zrlaw.com |
| | |
| Hans A. Nilges (0076017) | *Counsel for Defendant* |
| NILGES DRAHER LLC | |
| 7266 Portage St., N.W., Suite D | |
| Massillon, Ohio 44646 | |
| (330) 470-4428 – Telephone | |
| (330) 754-1430 – Facsimile | |
| hans@ohlaborlaw.com | |

*Counsel for Plaintiff*